IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-283** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DONELL WILLIAMS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 6th day of December, 2016, upon consideration of the motion (Doc. 23) filed by defendant Donnell Williams ("Williams") to dismiss Count 2 of the indictment (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Williams' motion (Doc. 23) is DENIED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania