# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-0283** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **DONNELL WILLIAMS,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 12th day of December, 2018, upon consideration of defendant's motion (Doc. 78) for family bereavement furlough, which is not concurred in by counsel for the government, it is hereby ORDERED that said motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania